AO 441  (Rev. 8/01)  Third Party Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 4/30/2008 |
| NAME OF SERVER<br>Brandon Pope | TITLE | Paralegal |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the third-party defendant.  Place where served:
   Personally served on third-party defendant, UGL Unicco's counsel, Scott P. Taylor of Quirk & Bakalor, P.C., at 845 Third Avenue, New York, New York 10022.

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:


☐ Other (specify):
   See Admission of Service below.

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | TOTAL | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___4/30/08___                    _____
                 Date                              *Signature of Server*

570 Lexington Avenue, 4th Floor, New York, New York 10022
*Address of Server*


**ADMISSION OF SERVICE:** On April 30, 2008 I accepted service of the Third-Party Summons and Third-Party Complaint on behalf of third-party defendant, UGL Unicco, in the *Cadelis v. Greyhound Lines, Inc., et al. v. Motor Coach Industries, Inc., et al.,* 08 CIV 2439 (PKL) matter.

_____
Scott P. Taylor
QUIRK & BAKALOR, P.C.
Attorneys for UGL Unicco

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.