UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LIONEL CADELIS,

                          Plaintiffs,

    v.

GREYHOUND LINES, INC., and THE GOODYEAR
TIRE & RUBBER COMPANY

                          Defendants.

------------------------------------------------------------X
GREYHOUND LINES, INC.,

                          Third-Party Plaintiff,

    v.

MOTOR COACH INDUSTRIES, INC., and UGL
UNICCO, Formerly Known as UNICCO Service
Company,

                          Third-Party Defendants.
------------------------------------------------------------X

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

08 CIV 2439 (PKL)

[Related to
06 CIV 13371 (PKL)]

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Third-Party Defendant UNICCO Service Company d/b/a UGL Unicco s/h/a UGL UNICCO, Formerly Known As UNICCO Service Company, certifies that no publicly held corporation owns ten percent (10%) or more of its stock and there is no parent corporation of that party other than United Group Limited, United Group Services Pty Ltd., United Group Investment Partnership and United Group USA Inc.

Dated: New York, New York
       May 12, 2008

                                        Yours, etc.

                                        QUIRK AND BAKALOR, P.C.

                                        By:_____
                                          Scott P. Taylor (7761)

Attorneys for Third-Party Defendant
UNICCO Service Company d/b/a UGL Unicco s/h/a UGL UNICCO, Formerly Known As UNICCO Service Company
845 Third Avenue
New York, New York 10022
(212) 319-1000

TO:    OFFICE OF JAY H. TANENBAUM
*Attorneys for Plaintiff*
**LIONEL CADELIS**
110 Wall Street, 16th Floor
New York, New York 10005

CHAPMAN, ZARANSKY LAW FIRM
*Attorneys for Plaintiff*
**LIONEL CADELIS**
114 Old Country Road, Suite 680
Mineola, New York 11501

FABIANI COHEN & HALL, LLP
Kevin B. Pollak (KBP 6098)
*Attorneys for Defendant/*
*Third-Party Plaintiff*
**GREYHOUND LINES, INC.**
570 Lexington Avenue, 4th Floor
New York, New York 10022
(212) 644-4420

HERRICK, FEINSTEIN, LLP
*Attorneys for Defendant*
**THE GOODYEAR TIRE &**
**RUBBER COMPANY**
2 Park Avenue
New York, New York 10016
(212) 592-1400

NOVACK BURNBAUM CRYSTAL LLP
*Attorneys for Third-Party Defendant*
**MOTOR COACH INDUSTRIES, INC.**
300 East 42nd Street
New York, New York 10017
(212) 682-4002

2

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

I affirm that the foregoing statements are true, under the penalties of perjury.
Dated:
STATE OF NEW YORK, COUNTY OF                              ss.:
I, the undersigned, being duly sworn, depose and say: I am

☐ **Individual Verification** in the action; I have read the foregoing _____ and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true.

☐ **Corporate Verification** the _____ of _____ a _____ corporation and a party in the within action; I have read the foregoing _____ and know the contents thereof; and the same is true to my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true. This verification is made by me because the above party is a corporation and I am an officer thereof.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

Sworn to before me on

_____
The name signed must be printed beneath

STATE OF NEW YORK, COUNTY OF  New York    ss.:   (If more than one box is checked—indicate after names type of service used.)
I, the undersigned, being sworn, say: I am not a party to the action, am over 18 years of age and reside at Valley Stream, N.Y.

May 12, 2008                    Rule 7.1 Corporate Disclosure Statement

On ☒ **Service By Mail** — I served the within _____ by mailing a copy to each of the following persons at the last known address set forth after each name below.

☐ **Personal Service on Individual** — by delivering a true copy of each personally to each person named below at the address indicated. I knew each person served to be the person mentioned and described in said papers as *a party therein*:

☐ **Service by Electronic Means** — by transmitting a copy to the following persons by ☐ FAX at the telephone number set forth after each name below ☐ E-MAIL at the E-Mail address set forth after each name below, which was designated by the attorney for such purpose, and by mailing a copy to the address set forth after each name.

☐ **Overnight Delivery Service** — by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after each name below.

OFFICE OF JAY H. TANENBAUM
*Attorneys for Plaintiff*
**LIONEL CADELIS**
110 Wall Street, 16th Floor
New York, New York 10005

FABIANI COHEN & HALL, LLP
Kevin B. Pollak (KBP 6098)
*Attorneys for Defendant/*
*Third-Party Plaintiff*
**GREYHOUND LINES, INC.**
570 Lexington Avenue, 4th Floor
New York, New York 10022

NOVACK BURNBAUM CRYSTAL LLP
*Attorneys for Third-Party Defendant*
**MOTOR COACH INDUSTRIES, INC.**
300 East 42nd Street
New York, New York 10017

CHAPMAN, ZARANSKY LAW FIRM
*Attorneys for Plaintiff*
**LIONEL CADELIS**
114 Old Country Road, Suite 680
Mineola, New York 11501

HERRICK, FEINSTEIN, LLP
*Attorneys for Defendant*
**THE GOODYEAR TIRE & RUBBER COMPANY**
2 Park Avenue
New York, New York 10016

DARA L. ROSENBAUM
Notary Public, State of New York
No. 02RO6117218
Qualified in New York County
Commission Expires October 25, 2008

Sworn to before me on

May 12, 2008

Ludy Aristilde

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No. 08 CIV 2439 Year

LIONEL CADELIS,

                Plaintiff,

-against-

GREYHOUND LINES, INC. and THE GOODYEAR RUBBER and TIRE COMPANY,

                Defendant.    *AND OTHER ACTIONS*

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

**QUIRK AND BAKALOR, P.C.**

*Attorney(s) for* Third–Party Defendant, UNICCO Service Company d/b/a/ UGL Unicco s/h/a UGL UNICCO, Formerly Known As UNICCO Service Company

*Office and Post Office Address, Telephone*

845 Third Avenue
NEW YORK, NEW YORK 10022
(212) 319-1000

To

Attorney(s) for

Signature (Rule 130-1.1-a)

_____
Print name beneath

Service of a copy of the within is hereby admitted.

Dated: _____

PLEASE TAKE NOTICE:

☐ **NOTICE OF ENTRY**

that the within is a *(certified) true copy of a*
duly entered in the office of the clerk of the within named court on

☐ **NOTICE OF SETTLEMENT**

that an order
will be presented for settlement to the HON.
within named Court, at
on                at             M.
Dated,

of which the within is a true copy
one of the judges of the

Yours, etc.

**QUIRK AND BAKALOR, P.C.**