USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LIONEL CADELIS,

                      Plaintiffs,          08 CIV 2439 (PKL)

    -against-                             [Related to
                                                06 CIV 13371 (PKL)]

GREYHOUND LINES, INC., and THE GOODYEAR
TIRE & RUBBER COMPANY,

                      Defendants.
------------------------------------------------------------X    STIPULATION
GREYHOUND LINES, INC.,

                      Third-Party Plaintiff,

    -against-

MOTOR COACH INDUSTRIES, INC., UGL
UNICCO, Formerly Known as UNICCO Service
Company,

                      Third-Party Defendants.
------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Third Party Defendant UNICCO Service Company and for Third Party Defendant Motor Coach Industries, Inc. ("MCI"), that the time for MCI to answer or otherwise respond to the Cross-Claim in this action is hereby extended to and including June 20, 2008.

Dated: New York, New York
       May 27, 2008

NOVACK BURNBAUM CRYSTAL, LLP

*signature*

Howard C. Crystal (HC1666)
300 East 42nd Street
New York, NY 10017
212-682-4002
Attorneys for Third Party Defendant

QUIRK AND BAKALOR, P.C.

*signature*

Scott P. Taylor (7761)
845 Third Avenue
New York, New York 10022
212-319-1000
Attorneys for Third Party Defendant

SO ORDERED:

*signature*

Peter K. Leisure, U.S.D.J.    5/29/08

2