Kc 7 54126

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LIONEL CADELIS,

                                    Plaintiffs,          08 CIV 2439 (PKL)

            -against-                                    [Related to
                                                         06 CIV 13371 (PKL)]

GREYHOUND LINES. INC., and THE GOODYEAR
TIRE & RUBBER COMPANY,

                                    Defendants.
------------------------------------------------------------------X          STIPULATION

GREYHOUND LINES, INC.,

                                    Third-Party Plaintiff.

            -against-

MOTOR COACH INDUSTRIES, INC., UGL
UNICCO, Formerly Known as UNICCO Service
Company,

                                    Third-Party Defendants.
------------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys

of record for Defendant The Goodyear Tire & Rubber Company and for Third Party Defendant

Motor Coach Industries, Inc. ("MCI"), that the time for MCI to answer or otherwise respond to

the Cross-Claim in this action is hereby extended to and including June 20, 2008.

Dated: New York, New York
     May 27, 2008

NOVACK BURNBAUM CRYSTAL, LLP

Howard C. Crystal (HC1666)
300 East 42nd Street
New York, NY 10017
212-682-4002
Attorneys for Third Party Defendant

HERRICK, FEINSTEIN, LLP

Alan D. Kaplan
2 Park Avenue
New York, New York 10016
212-592-1400
Attorneys for Defendant

SO ORDERED:

Peter K. Leisure, U.S.D.J.
5|29|08

2