Alan D. Kaplan, Esq.
2 Park Avenue
New York, NY 10016
Tel: 212-592-1400
Fax: 212-592-1500
Email: akaplan@herrick.com

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------- x<br><br>LIONEL CADELIS,<br><br>            Plaintiff,<br><br>    -against-<br><br>GREYHOUND LINES, INC., and THE<br>GOODYEAR TIRE & RUBBER COMPANY,<br>                          Defendants.<br>-------------------------------------- x | ELECTRONICALLY FILED<br><br><br>08 CIV 2439 (PKL)<br><br>[Related to<br>06 CIV 13371 (PKL)]<br><br>Jury Trial Demanded<br><br>**AFFIDAVIT OF<br>SERVICE BY MAIL** |

STATE OF NEW YORK  )
                             ss.:
COUNTY OF NEW YORK  )

    Jarret Hova, being duly sworn, deposes and says:

    That deponent is not a party to the action, is over eighteen years of age and resides in New York, New York.

    That on June 4th, 2008, deponent served Goodyear's Answer to Amended Complaint and Cross-Claims upon:

    Michael B. Zaransky, Esq.
    CHAPMAN ZARANSKY LLP, OF COUNSEL TO
    LAW OFFICES OF JAY H. TANENBAUM
    110 Wall Street
    16th Floor
    New York, NY 10010

Edward P. Ryan, Esq.
LAW OFFICES OF EDWARD P. RYAN
38 Eagle Street
Albany, NY 12207

Kevin B. Pollak, Esq.
FABIANI COHEN & HALL, LLP
570 Lexington Avenue, 4th Floor
New York, NY 10022

MOTOR COACH INDUSTRIES, INC.
1700 East Golf Road
Schaumberg, IL 60173

NOVACK BURNBAUM CRYSTAL LLP
300 East 42nd Street
New York, NY 10017

KREINDLER & KREINDLER LLP
James P. Kreindler
Megan Benett
100 Park Avenue, 18th Fl.
New York, NY 10017

TAUB & MARDER, ESQS
Kenneth Marder
450 7th Avenue, 37th Fl.
New York, NY 10123

RICH & RICH, PC
Jeffrey M. Rich
30 Vesey Street
New York, NY 10007

GOLDBERG SEGALLA LLP
William Gordon Kelly
170 Hamilton Avenue, Suite 203
White Plains, NY 10601-1717

Lisa Marie Robinson
5789 Widewaters Parkway
Syracuse, NY 13214

RUBENSTEIN & RYNECKI
Robert Petitt
16 Court Street
Brooklyn, NY 11241

NORMAN LISS ATTORNEYS-AT-LAW, P.C.
Norman Liss
200 West 57th Street
New York, NY 10019

THE LIETZ LAW FIRM PLLC
David K. Lietz
888 166 Street, NW, Suite 800
Washington, DC 20006

VALAD AND VECCHIONE, PLLC
John J. Vecchione
3863 Plaza Drive
Fairfax, VA 22030

and

QUIRK AND BAKALOR, P.C.
Scott P. Taylor
Attorneys for Unicco Service Company
845 Third Avenue

at the above addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
Jarret Hoya

Sworn to before me, this
4th day of June, 2008

_____
NOTARY PUBLIC

KELLY A. GOODWIN
Notary Public, State of New York
No. 03-4971277
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Aug. 27, 2010

3