UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LIONEL CADELIS,

                     Plaintiff,

        v.

GREYHOUND LINES, INC., and THE GOODYEAR
TIRE & RUBBER COMPANY,

                     Defendants.
-----------------------------------------------------------X
GREYHOUND LINES, INC.,

                 Third-Party Plaintiff,

        v.

MOTOR COACH INDUSTRIES, INC. and UGL
UNICCO, Formerly Known As UNICCO Service
Company,

               Third-Party Defendants.
-----------------------------------------------------------X

**ANSWER TO CROSS-CLAIMS**

08 CIV 2439 (PKL)

[Related to 06 CIV 13371 (PKL)]

**JURY TRIAL DEMANDED**

Defendant/Third-Party Plaintiff, GREYHOUND LINES, INC., by its attorneys, FABIANI COHEN & HALL, LLP, as and for an Answer to the Cross-Claims of Defendant, THE GOODYEAR TIRE & RUBBER COMPANY ("GOODYEAR"), sets forth, upon information and belief, the following:

**AS AND FOR AN ANSWER TO THE
FIRST CROSS-CLAIM AGAINST
<u>GREYHOUND LINES, INC.</u>**

EIGHTY-EIGHTH: Defendant/Third-Party Plaintiff, GREYHOUND LINES, INC., denies each and every allegation contained in Paragraph No. "88" of the Defendant GOODYEAR's Answer to Amended Complaint dated June 3, 2008.

387884.1

EIGHTY-NINTH:   Defendant/Third-Party Plaintiff, GREYHOUND LINES, INC., denies each and every allegation contained in Paragraph No. "89" of the Defendant GOODYEAR's Answer to Amended Complaint dated June 3, 2008.

## AS AND FOR AN ANSWER TO THE SECOND CROSS-CLAIM AGAINST GREYHOUND LINES, INC.

NINETIETH:  Defendant/Third-Party Plaintiff, GREYHOUND LINES, INC., repeats, reiterates, realleges and incorporates herein each and every assertion and denial contained in Paragraph Nos. "88" and "89" above and denies each and every allegation contained in Paragraph Nos. "1" through "89" of Defendant GOODYEAR's Answer to Amended Complaint dated June 3, 2008 to the extent that any such allegations are made against GREYHOUND LINES, INC.

NINETY-FIRST: Defendant/Third-Party Plaintiff, GREYHOUND LINES, INC., denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. "91" of Defendant GOODYEAR's Answer to Amended Complaint dated June 3, 2008, except admits that GREYHOUND LINES, INC., and GOODYEAR entered into an agreement dated October 3, 2000, a copy of which is annexed to GREYHOUND's Answer to Consolidated Complaint as Exhibit "A" and begs leave to refer to the terms of said agreement at the time of trial.

NINETY-SECOND:   Defendant/Third-Party Plaintiff, GREYHOUND LINES, INC., denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. "92" of Defendant GOODYEAR's Answer to Amended Complaint dated June 3, 2008, except admits that GREYHOUND LINES, INC., and GOODYEAR entered into an agreement dated October 3, 2000, a copy of which is annexed to GREYHOUND's

Answer to Consolidated Complaint as Exhibit "A" and begs leave to refer to the terms of said agreement at the time of trial.

NINETY-THIRD: Defendant/Third-Party Plaintiff, GREYHOUND LINES, INC., denies each and every allegation contained in Paragraph No. "93" of the Defendant GOODYEAR's Answer to Amended Complaint dated June 3, 2008, except admits that counsel for GOODYEAR sent a letter dated January 30, 2008 to counsel for GREYHOUND LINES, INC. and that counsel for GREYHOUND LINES, INC., responded by letter dated February 5, 2008.

NINETY-FOURTH: Defendant/Third-Party Plaintiff, GREYHOUND LINES, INC., denies each and every allegation contained in Paragraph No. "94" of the Defendant GOODYEAR's Answer to Amended Complaint dated June 3, 2008.

NINETY-FIFTH: Defendant/Third-Party Plaintiff, GREYHOUND LINES, INC., denies each and every allegation contained in Paragraph No. "95" of the Defendant GOODYEAR's Answer to Amended Complaint dated June 3, 2008.

WHEREFORE, defendant/third-party plaintiff, GREYHOUND LINES, INC., demands:

1. Judgment dismissing the Amended Complaint;
2. Judgment dismissing GOODYEAR's Cross-Claims against defendant/third-party plaintiff, GREYHOUND LINES, INC.

3.  Together with the costs and disbursements of this action.

Dated:  New York, New York
        June 9, 2008

                                        Yours, etc.,

                                        FABIANI COHEN & HALL, LLP

                                        _____
                                        Kevin B. Pollak (KBP 6098)
                                        Attorneys for Defendant/
                                        Third-Party Plaintiff
                                        GREYHOUND LINES, INC.
                                        570 Lexington Avenue, 4th Floor
                                        New York, New York 10022
                                        (212) 644-4420

To:  HERRICK, FEINSTEIN, LLP
     Attorneys for Defendant
     THE GOODYEAR TIRE &
     RUBBER COMPANY
     2 Park Avenue
     New York, New York 10016
     (212) 592-1400

     OFFICE OF JAY H. TANENBAUM
     Attorneys for Plaintiff
     LIONEL CADELIS
     110 Wall Street, 16th Floor
     New York, New York 10005
     (212) 422-1765

     CHAPMAN, ZARANSKY LAW FIRM
     Attorneys for Plaintiff
     LIONEL CADELIS
     114 Old Country Road, Suite 680
     Mineola, New York 11501
     (516) 741-6601 ext. 226

     NOVACK BURNBAUM CRYSTAL LLP
     Attorneys for Third-Party Defendant
     MOTOR COACH INDUSTRIES, INC.
     300 East 42nd Street
     New York, New York 10017
     (212) 682-4002

387884.1                                   4

QUIRK and BAKALOR, P.C.
Attorneys for Third-Party Defendant
UGL UNICCO
845 Third Avenue, 15th Floor
New York, New York  10022
(212) 319-1000

Cadelis v. Greyhound Lines, Inc., et al. v. Motor Coach Industries, Inc., et al.
08 CIV 2439 (PKL)
Our File No. 818.34464

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **ANSWER TO CROSS-CLAIMS** was served CM/ECF and First-Class Mail, postage prepaid, this 9th day of June, 2008, to:

OFFICE OF JAY H. TANENBAUM
110 Wall Street, 16th Floor
New York, New York 10005

CHAPMAN, ZARANSKY LAW FIRM
114 Old Country Road, Suite 680
Mineola, New York 11501

HERRICK, FEINSTEIN, LLP
2 Park Avenue
New York, New York 10016

NOVACK BURNBAUM CRYSTAL LLP
300 East 42nd Street
New York, New York 10017

QUIRK and BAKALOR, P.C.
845 Third Avenue, 15th Floor
New York, New York 10022

_____
Kevin B. Pollak (6098)

Sworn to before me this
9th day of June, 2008.

_____
NOTARY PUBLIC

APRIL D SMITH LITTLE
Notary Public, State of New York
No. 01SM6085371
Qualified in Bronx County
Commission Expires 6 / 01 / 20 11

384392.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LIONEL CADELIS,

                          Plaintiff,                      08 CIV 2439 (PKL)

                                                  [Related to
                  v.                               06 CIV 13371 (PKL)]

GREYHOUND LINES, INC., and THE GOODYEAR
TIRE & RUBBER COMPANY,                                       JURY TRIAL
                                                                        DEMANDED
                      Defendants.
------------------------------------------------------------X
GREYHOUND LINES, INC.,

                      Third-Party Plaintiff,

                  v.

MOTOR COACH INDUSTRIES, INC. and UGL
UNICCO, Formerly Known As UNICCO Service
Company,

                    Third-Party Defendants.
------------------------------------------------------------X

---

## ANSWER TO CROSS-CLAIMS

---

**FABIANI COHEN & HALL, LLP**
Attorneys for Defendant/Third-Party Plaintiff
GREYHOUND LINES, INC.
570 Lexington Avenue, 4th Floor
New York, New York 10022
(212) 644-4420

To: Attorney(s) for:
Sir(s):

      PLEASE TAKE NOTICE that a                      of which the within is a (true) (certified)
copy

      [ ]NOTICE OF ENTRY *was duly entered in the within named court on*      2008

      [ ]NOTICE OF SETTLEMENT *will be presented for settlement to the Hon.*
      *one of the judges of the within named court at the Courthouse at* on  ,  2008 at    o'clock

Dated:

                                    Yours, etc.,
                          FABIANI COHEN & HALL, LLP
                 Attorneys for Defendant/Third-Party Plaintiff
                      570 Lexington Avenue, 4th Floor
                         New York, New York 10022
                            (212) 644-4420

To:

Attorney(s) for: