Alan D. Kaplan, Esq.
2 Park Avenue
New York, NY 10016
Tel: 212-592-1400
Fax: 212-592-1500
Email: akaplan@herrick.com

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>----------------------------------------x<br>LIONEL CADELIS,<br>                Plaintiff,<br>           v.<br>GREYHOUND LINES, INC., and THE<br>GOODYEAR TIRE & RUBBER COMPANY,<br>                Defendants.<br>----------------------------------------x<br>GREYHOUND LINES, INC.,<br>                Third-Party Plaintiff,<br>           v.<br>MOTOR COACH INDUSTRIES, INC., and<br>UGL UNICCO, Formerly Known As<br>UNICCO Service Company,<br>                Third-Party Defendants.<br>----------------------------------------x | ELECTRONICALLY FILED<br><br>08 CIV 2439 (PKL)<br><br>[Related to 06 CIV 13371 (PKL)]<br><br>Jury Trial Requested<br><br>**GOODYEAR'S ANSWER TO<br>CROSS-CLAIMS OF UGL UNICCO** |

The Goodyear Tire & Rubber Company ("Goodyear"), by its attorneys, Herrick, Feinstein LLP, answers the Cross-Claims of Third-Party Co-Defendant UGL UNICCO f/k/a UNICCO Service Company ("UNICCO") (incorporating herein all prior pleadings and defenses) as follows:

## AS TO THE CROSS-CLAIM

1. In reference to the paragraph of UNICCO's Answer to the Third-Party Complaint designated "EIGHTH", Goodyear denies each and every allegation contained therein directed at Goodyear.

2. In reference to the paragraph of UNICCO's Answer to the Third-Party Complaint designated "NINTH", Goodyear denies each and every allegation contained therein directed at Goodyear.

**WHEREFORE**, Defendant Goodyear demands Judgment dismissing all cross-claims against it and for such other relief deemed appropriate by the Court.

Dated: New York, New York
 June 11, 2008

 HERRICK, FEINSTEIN LLP

 By: ___/s/ Alan D. Kaplan_____
 Alan D. Kaplan
 akaplan@herrick.com
 Attorney for Defendant
 *THE GOODYEAR TIRE & RUBBER COMPANY*
 2 Park Avenue
 New York, NY 10016
 Tel: 212-592-1400
 Fax: 212-592-1500

To: CHAPMAN ZARANSKY LLP, OF COUNSEL TO
 LAW OFFICES OF JAY H. TANENBAUM
 Michael B. Zaransky, Esq.
 *Attorneys for Plaintiff Lionel Cadelis*
 110 Wall Street, 16th Floor
 New York, NY 10010

 FABIANI COHEN & HALL, LLP
 Kevin B. Pollak, Esq.
 *Attorneys for Defendant Greyhound Lines, Inc.*
 570 Lexington Avenue, 4th Floor
 New York, NY 10022

QUIRK AND BAKALOR, P.C.
Scott P. Taylor
*Attorneys for Third-Party Defendant*
*Unicco Service Company d/b/a UGL Unicco,*
*Formerly Known as Unicco Service Company*
845 Third Avenue
New York, NY 10022

NOVACK BURNBAUM CRYSTAL LLP
*Attorneys for Third-Party Defendant,*
*Motor Coach Industries, Inc.*
300 East 42nd Street
New York, NY 10017

MOTOR COACH INDUSTRIES, INC.
1700 East Golf Road
Schaumberg, IL 60173
Schaumberg, IL 60173

Edward P. Ryan, Esq.
LAW OFFICES OF EDWARD P. RYAN
38 Eagle Street
Albany, NY 12207

KREINDLER & KREINDLER LLP
James P. Kreindler
Megan Benett
100 Park Avenue, 18th Floor
New York, NY 10017

TAUB & MARDER, ESQS
Kenneth Marder
450 7th Avenue, 37th Floor
New York, NY 10123

RICH & RICH, PC
Jeffrey M. Rich
30 Vesey Street
New York, NY 10007

GOLDBERG SEGALLA LLP
William Gordon Kelly
170 Hamilton Avenue, Suite 203
White Plains, NY 10601-1717

Lisa Marie Robinson
5789 Widewaters Parkway
Syracuse, NY 13214

RUBENSTEIN & RYNECKI
Robert Petitt
16 Court Street
Brooklyn, NY 11241

NORMAN LISS ATTORNEYS-AT-LAW, P.C.
Norman Liss
200 West 57th Street
New York, NY 10019

THE LIETZ LAW FIRM PLLC
David K. Lietz (*admitted pro hac vice*)
DC Bar No. 430557
888 166 Street, NW, Suite 800
Washington, DC 20006

VALAD AND VECCHIONE, PLLC
John J. Vecchione
3863 Plaza Drive
Fairfax, VA 22030

E. STEWART JONES, PLLC
28 Second Street
Troy, NY 12181

LAW OFFICES OF NEIL MOLDOVAN
One Old Country Road - Suite 270
Carle Place, NY 11514
(516) 294-3300

LAW OFFICES OF EDWARD P. RYAN
Edward P. Ryan, Esq.
38 Eagle Street
Albany, NY 12207

and

Law Office of Mark Schneider
Mark Schneider, Esq.
57 Court Street
Plattsburgh, New York 12901