UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LIONEL CADELIS,

                    Plaintiffs,

   v.

GREYHOUND LINES, INC., and THE GOODYEAR
TIRE & RUBBER COMPANY

                    Defendants.

-----------------------------------------------------------------X
GREYHOUND LINES, INC.,

                    Third-Party Plaintiff,

   v.

MOTOR COACH INDUSTRIES, INC., and UGL
UNICCO, Formerly Known as UNICCO Service
Company,

                    Third-Party Defendants.
-----------------------------------------------------------------X

**ANSWER TO CROSS-CLAIMS**

08 CIV 2439 (PKL)

[Related to
06 CIV 13371 (PKL)]

      Third-Party Defendant, UNICCO Service Company d/b/a UGL Unicco s/h/a UGL UNICCO, Formerly Known As UNICCO Service Company, by its attorneys QUIRK AND BAKALOR, P.C., sets forth the following in response to the cross-claims of the Defendant THE GOODYEAR TIRE & RUBBER COMPANY ("GOODYEAR") upon information and belief:

      FIRST:    Deny each and every allegation contained in the paragraphs of GOODYEAR's Cross-Claims against Third-Party Defendants MCI and UNICCO numbered "1", "2" and "10" and refers all issues of contract interpretation and law contained therein to this Court.

      SECOND:    Deny having knowledge or information sufficient to form a belief as to any of the allegations contained in the paragraphs of GOODYEAR's Cross-Claims against

Third-Party Defendants MCI and UNICCO numbered "3", "4", "5", "6", "7" and "8" and refers all issues of contract interpretation and law contained therein to this Court.

THIRD:    Deny each and every allegation contained in the paragraph of GOODYEAR's Cross-Claims against Third-Party Defendants MCI and UNICCO numbered "9" except admits that this answering defendant did not accept GOODYEAR's demand for indemnity and refers all issues of the law contained therein to this Court.

**WHEREFORE,** defendant UNICCO Service Company d/b/a UGL Unicco s/h/a UGL UNICCO, Formerly Known As UNICCO Service Company, demands judgment dismissing the cross-claims in Defendant GOODYEAR's Cross-Claims against Third-Party Defendants MCI and UNICCO, together with the costs, disbursements and attorneys' fees of this action.

Dated: New York, New York
       June 13, 2008

Yours, etc.

QUIRK AND BAKALOR, P.C.

By:_____
    Scott P. Taylor (7761)
Attorneys for Third-Party Defendant
UNICCO Service Company d/b/a UGL Unicco s/h/a UGL UNICCO, Formerly Known As UNICCO Service Company
845 Third Avenue
New York, New York 10022
(212) 319-1000

TO:    OFFICE OF JAY H. TANENBAUM
       *Attorneys for Plaintiff*
       **LIONEL CADELIS**
       110 Wall Street, 16th Floor
       New York, New York 10005

       CHAPMAN, ZARANSKY LAW FIRM
       *Attorneys for Plaintiff*
       **LIONEL CADELIS**
       114 Old Country Road, Suite 680

Mineola, New York 11501

FABIANI COHEN & HALL, LLP
Kevin B. Pollak (KBP 6098)
*Attorneys for Defendant/*
*Third-Party Plaintiff*
*GREYHOUND LINES, INC.*
570 Lexington Avenue, 4th Floor
New York, New York 10022
(212) 644-4420

HERRICK, FEINSTEIN, LLP
*Attorneys for Defendant*
*THE GOODYEAR TIRE &*
*RUBBER COMPANY*
2 Park Avenue
New York, New York 10016
(212) 592-1400

NOVACK BURNBAUM CRYSTAL LLP
*Attorneys for Third-Party Defendant*
*MOTOR COACH INDUSTRIES, INC.*
300 East 42nd Street
New York, New York 10017
(212) 682-4002

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

I affirm that the foregoing statements are true, under the penalties of perjury.
Dated:

STATE OF NEW YORK, COUNTY OF                                    ss.:

I, the undersigned, being duly sworn, depose and say: I am

☐ **Individual Verification**    in the action; I have read the foregoing                              and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true.

☐ **Corporate Verification**    the                    of                              a                                corporation and a party in the within action; I have read the foregoing and know the contents thereof; and the same is true to my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true. This verification is made by me because the above party is a corporation and I am an officer thereof.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

Sworn to before me on

---

STATE OF NEW YORK, COUNTY OF    New York                ss.:    (If more than one box is checked—indicate after names type of service used.)

I, the undersigned, being sworn, say: I am not a party to the action, am over 18 years of age and reside at Valley Stream, N.Y.

June 13, 2008                        Answer to Cross-Claims

I served the within

☒ **Service By Mail**    by mailing a copy to each of the following persons at the last known address set forth after each name below.

☐ **Personal Service on Individual**    by delivering a true copy of each personally to each person named below at the address indicated. I knew each person served to be the person mentioned and described in said papers as *a party therein*:

☐ **Service by Electronic Means**    by transmitting a copy to the following persons by ☐ FAX at the telephone number set forth after each name below ☐ E-MAIL at the E-Mail address set forth after each name below, which was designated by the attorney for such purpose, and by mailing a copy to the address set forth after each name.

☐ **Overnight Delivery Service**    by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after each name below.

OFFICE OF JAY H. TANENBAUM
*Attorneys for Plaintiff*
**LIONEL CADELIS**
110 Wall Street, 16th Floor
New York, New York 10005

CHAPMAN, ZARANSKY LAW FIRM
*Attorneys for Plaintiff*
**LIONEL CADELIS**
114 Old Country Road, Suite 680
Mineola, New York 11501

FABIANI COHEN & HALL, LLP
Kevin B. Pollak (KBP 6098)
*Attorneys for Defendant/*
*Third-Party Plaintiff*
**GREYHOUND LINES, INC.**
570 Lexington Avenue, 4th Floor
New York, New York 10022

HERRICK, FEINSTEIN, LLP
*Attorneys for Defendant*
**THE GOODYEAR TIRE & RUBBER COMPANY**
2 Park Avenue
New York, New York 10016

NOVACK BURNBAUM CRYSTAL LLP
*Attorneys for Third-Party Defendant*
**MOTOR COACH INDUSTRIES, INC.**
300 East 42nd Street
New York, New York 10017

Sworn to before me on
June 13, 2008

[Notary stamp: DARA L. ROSENBAUM, Notary Public, State of New York, No. 02RO6117218, Qualified in New York County, Commission Expires October 31, ____]

Ludy Aristilde

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No. 08 CIV 2439  Year

LIONEL CADELIS,

                              Plaintiff,

-against-

GREYHOUND LINES, INC. and THE GOODYEAR
RUBBER and TIRE COMPANY,

                           Defendant.       ***AND OTHER ACTIONS***

## ANSWER TO CROSS-CLAIMS

**QUIRK AND BAKALOR, P.C.**

*Attorney(s) for* Third-Party Defendant, UNICCO Service Company d/b/a/ UGL Unicco s/h/a UGL UNICCO, Formerly Known As UNICCO Service Company

*Office and Post Office Address, Telephone*

845 Third Avenue
NEW YORK, NEW YORK 10022
(212) 319-1000

To

Attorney(s) for

Signature (Rule 130-1.1-a)

_____
Print name beneath

Service of a copy of the within is hereby admitted.

Dated: _____

PLEASE TAKE NOTICE:

☐ NOTICE OF ENTRY

that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on

☐ NOTICE OF SETTLEMENT

that an order
will be presented for settlement to the HON.
within named Court, at
on                          at                   M.

of which the within is a true copy
one of the judges of the

Dated,

                                        Yours, etc.

                              **QUIRK AND BAKALOR, P.C.**