Leisure, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LIONEL CADELIS,

                      Plaintiff,

        v.

GREYHOUND LINES, INC., and THE GOODYEAR TIRE
and RUBBER COMPANY,

                      Defendants.
------------------------------------------------------------------X
GREYHOUND LINES, INC.,

                      Third Party Plaintiff,

        v.

MOTOR COACH INDUSTRIES, INC., and UGL UNICCO, f/k/a
UNICCO Service Company,

                      Third-Party Defendants.
------------------------------------------------------------------X

08 CIV. 2439 (PKL)

[Related to]
06 CIV 13371 (PKL)

Jury Trial Demanded

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Third Party Defendant UNICCO Service Company and for Third Party Defendant Motor Coach Industries, Inc., ("MCI"), that the time for MCI to answer or otherwise respond to the Cross-Claim in this action is hereby extended to and including July 18, 2008.

Dated:   New York, New York
         June 20, 2008

NOVACK BURNBAUM CRYSTAL, LLP

*Howard Crystal by Rec by permission*

Howard C. Crystal (HC1666)
300 East 42nd Street
New York, NY 10017
212-682-4002
Attorneys for Third Party Defendant

QUIRK AND BAKALOR, P.C.

Scott P. Taylor (7761)
845 Third Avenue
New York, New York 10022
212-319-1000
Attorneys for Third Party Defendant

SO ORDERED:

Peter K. Leisure, U.S.D.J.

6/24/08

812881 4