*Leisure, J*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LIONEL CADELIS,

                Plaintiff,

        v.

GREYHOUND LINES, INC., and THE GOODYEAR TIRE
and RUBBER COMPANY,

                Defendants.
------------------------------------------------------------X
GREYHOUND LINES, INC.,

                Third Party Plaintiff,

        v.

MOTOR COACH INDUSTRIES, INC., and UGL UNICCO, f/k/a
UNICCO Service Company,

                Third-Party Defendants.
------------------------------------------------------------X

08 CIV. 2439 (PKL)

[Related to]
06 CIV 13371 (PKL)

Jury Trial Demanded

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Defendant The Goodyear Tire & Rubber Company and for Third Party Defendant Motor Coach Industries, Inc.("MCI"), that the time for MCI to answer or otherwise respond to the Cross-Claim in this action is hereby extended to and including July 18, 2008.

Dated:   New York, New York
         June 20, 2008

NOVACK BURNBAUM CRYSTAL, LLP

_____
Howard C. Crystal (HC1666)   *by permission*
300 East 42nd Street
New York, NY 10017
212-682-4002
Attorneys for Third Party Defendant

HERRICK, FEINSTEIN, LLP

_____
Alan D. Kaplan
2 Park Avenue
New York, New York 10016
212-592-1400
Attorneys for Defendant

SO ORDERED:

_____
Peter K. Leisure, U.S.D.J.
6/24/08

8128712.4